UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
APR 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| SUSETTE HORSPOOL, | Case No.: 09-cv-08604-~~CBW~~-E  -VBF- |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| PENNCRO ASSOCIATES, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 4-20-10

_____
The Honorable Judge
~~Otis D. Wright, II~~  Valerie Fairbank
United States District Judge

1

[Proposed] Order